**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Zhiwei Wu, | Case No. 23-CV-5202 |
| Plaintiff, | Hon. Judge John J. Tharp |
| v. | Hon. Mag. Beth W. Jantz |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**DECLARATION OF SERVICE**

The undersigned, Depeng Bi, after being sworn, states as follows:

1. All testimony given in this affidavit is based on my own personal knowledge, and if called at trial, I would testify as I have stated herein.

2. I am a United States citizen and reside in Buffalo Grove, Illinois.

3. I am a member of the bar of the State of Illinois, ARDC No. 6305484, and a member of the bar of this Court.

4. I am an attorney in this matter representing Plaintiff Zhiwei Wu.

5. On August 15, 2023, this Court entered an order [35] permitting Zhiwei Wu to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and relevant documents

1

on a website and by sending an e-mail to the e-email addresses identified in Exhibit 2 to the Declaration of Zhiwei Wu and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

6. I hereby certify that on September 7, 2023, I electronically published the Complaint, TRO, Summons and other relevant documents on a website.

7. I hereby certify that on September 7, 2023, I sent an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

8. Temu.com did not provide Email addresses for three defendant stores (Defendant Nos. 80, 86 and 92 on the Schedule A to the Complaint) on the Temu.com platform. Temu.com offered to forward Emails to the three stores via its platform. I then sent the same Email message of the service of process to Temu.com for it to forward the messages to the three defendant stores on September 7, 2023.

9. AliExpress.com has not provided Email addresses for the defendants that have stores on that platform, and accordingly, the AleExpress.com defendants have not been served as of yet, and have been left off of the accompanying service list.

10. The completed Return of Service form is attached hereto.

Under penalty of perjury the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Naperville, Illinois

 9/8/2023                                    /s/ Depeng Bi       

Executed On                                Depeng Bi

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. I will further cause the foregoing to be electronically published on a website, and will send an email to the e-mail addresses identified in Exhibit A to the Declaration of Service.

 /s/ Depeng Bi
Konrad Sherinian
Depeng Bi
The Law Offices of Konrad Shernian, LLC
1755 Park Street
Suite 200
Naperville, IL 60563
630-318-2606
630-364-5825 (fax)
ksherinian@sherinianlaw.net
ebi@sherinianlaw.net
courts@sherinianlaw.net